**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MELISSA JANE GARLAND,

Plaintiff,

v.

NORTHERN NEVADA ATVS, *et al.*,

Defendants.

Case No. 3:26-CV-00479-MMD-CLB

**ORDER TO CHANGE ADDRESS AND STAY CASE**

On June 25, 2026, the Court mailed an advisory letter to Plaintiff related to this litigation. (ECF No. 3.) On July 6, 2026, the United States Postal Service returned this document as "undeliverable" and stating the document could not be forwarded. (ECF No. 4.) However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Monday, August 17, 2026** to file a notice of change of address, or this Court will recommend that this action be dismissed.

The case is hereby STAYED in its entirety until Plaintiff files a notice of change of address.

**DATED**: July 16, 2026.

**UNITED STATES MAGISTRATE JUDGE**