**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MELISSA JANE GARLAND,<br>Plaintiff,<br>v.<br>NORTHERN NEVADA ATVS, *et al.*,<br>Defendants. | Case No. 3:26-CV-00479-MMD-CLB<br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES**<br>[ECF No. 7] |

Currently pending before the Court is Plaintiff Mellissa Jane Garland's motion for 90-day extension of all deadlines in this case. (ECF No. 7.) For the reasons explained below, Plaintiff's motion is denied as premature.

Plaintiff initiated this case on June 24, 2026, by filing a complaint and application to proceed *in forma pauperis*. (ECF Nos. 2, 2-1.) On June 25, 2026, the Court mailed an advisory letter to Plaintiff related to this litigation. (ECF No. 3.) On July 6, 2026, the United States Postal Service returned this document as "undeliverable" and stating the document could not be forwarded. (ECF No. 4.) Consequently, Court ordered that Plaintiff update her address and stayed the case until Plaintiff complied. (ECF No. 5.) On August 14, 2026, Plaintiff filed a notice of change of address and the motion for 90-day extension of all deadlines in this case.

As stated in the Court's letter to Plaintiff, because she is attempting to proceed in forma pauperis, the Court will "screen" her complaint to identify any "colorable" claims before docketing and serving the complaint on the defendants. (ECF No. 3 at 1.) The Court will also dismiss any claims that are "frivolous, malicious, or fail to state a claim upon which relief may be granted" or if the complaint "seeks monetary relief from a defendant who is immune from such relief." *See* 28 U.S.C. 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc) (holding that this provision applies to all actions filed in forma pauperis, whether or not the plaintiff is incarcerated). Also as noted

in the Court's letter, "[t]his process may take many months." (ECF No. 3 at 1.)

As Plaintiff filed her notice of change of address on August 14, 2026, the case is no longer stayed. (ECF No. 6.) However, because the Court has not yet screened Plaintiff's complaint, there are no deadlines in this case.

Accordingly, Plaintiff's motion for a 90-day extension of all deadlines, (ECF No. 7), is **DENIED** as premature.

**IT IS SO ORDERED**.

**DATED**: August 18, 2026.

**UNITED STATES MAGISTRATE JUDGE**